*36 Vroom.*    Morris and Essex R. R. Co. v. Jersey City.

MORRIS AND ESSEX RAILROAD COMPANY ET AL., PLAINT-
IFFS IN ERROR, v. THE MAYOR AND ALDERMEN OF
JERSEY CITY, DEFENDANTS IN ERROR.

Argued December 7, 1900—Decided March 4, 1901.

On error.    Beacon avenue case.

For the plaintiffs in error, *Flavel McGee.*

For the defendants in error, *John W. Queen.*

PER CURIAM.

---

MORRIS AND ESSEX RAILROAD COMPANY ET AL., PLAINT-
IFFS IN ERROR, v. THE MAYOR AND ALDERMEN OF
JERSEY CITY, DEFENDANTS IN ERROR.

Argued December 7, 1900—Decided March 4, 1901.

On error.    Eighteenth street case.

For the plaintiffs in error, *Flavel McGee.*

For the defendants in error, *John W. Queen.*

PER CURIAM.

The judgment of the Supreme Court in this case is affirmed, on the grounds stated in the memorandum filed in that court. 35 *Vroom* 151.

*For affirmance*—THE CHANCELLOR, VAN SYCKEL, DIXON, COLLINS, FORT, GARRETSON, BOGERT, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES.    11.

*For reversal*—None.